PAUL D. MURPHY (SBN 159556)
MURPHY ROSEN LLP
100 Wilshire Boulevard, Suite 1300
Santa Monica, California 90401-1142
Telephone: (310) 899-3300
Facsimile: (310) 399-7201
Email: pmurphy@murphyrosen.com

ALAN S. BASKIN (SBN 013155) (*Pro Hac Vice Being Submitted*)
BASKIN RICHARDS PLC
2901 N. Central Avenue, Suite 1150
Phoenix, AZ 85012
Telephone: (602) 812-7979
Facsimile: (602) 595-7800
Email: alan@baskinrichards.com

Attorneys for Defendant Alpine Securities Corp.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROBILITY MEDIA CORPORATION, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE D. ISEN, an individual, MESA STRATEGIES, INC., a Nevada corporation, ALLAN J. LIGI, an individual, ALPINE SECURITIES CORPORATION, a Utah corporation, FSC, LLC, a California limited liability company, and DOES 1-10, inclusive.<br><br>Defendants. | CASE NO. 17-CV-02583-CAB-WVG<br><br>[Honorable Cathy Ann Bencivengo]<br><br>**DEFENDANT ALPINE SECURITIES CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT UNDER RULE 12(B)(6)**<br><br>**[PER CHAMBER RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT]**<br><br>Date: April 17, 2018<br>Place: 4C<br><br>[Filed Concurrently with Request for Judicial Notice] |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT,** on April 17, 2018 in Courtroom 4C of the United States District Court for the Southern District of California, Defendant Alpine Securities Corporation ("Alpine") will and hereby does move the Court for an order dismissing it pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. There shall be no oral argument unless separately ordered by the Court.

The Motion is brought on the grounds that the Complaint fails to state claims upon which relief can be granted against Alpine because: (a) under U.C.C. § 8-115, Alpine is immune from liability for claims in connection with its activities as a conduit for the transfer of securities on behalf of its customers; and (b) none of the three exceptions to the immunity protections of U.C.C. § 8-115 applies.

The Motion is based on this Notice and Motion, the accompanying Memorandum of Points and Authorities, the complaint and all exhibits thereto, such information as the Court may judicially notice, and such other materials and argument as may be presented to the Court prior to the determination of the Motion.

DATED: March 13, 2018        MURPHY ROSEN LLP

By: ___/s/ Paul D. Murphy___
Paul D. Murphy
Email: pmurphy@murphyrosen.com
100 Wilshire Boulevard, Suite 1300
Santa Monica, CA 90401

BASKIN RICHARDS PLC
Alan S. Baskin (*Pro Hac Vice Being Submitted*)
2901 N. Central Avenue, Suite 1150
Phoenix, AZ 85012
*Attorneys for Defendant Alpine Securities Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2018, I electronically filed Defendant Alpine Securities Corporation's Notice of Motion and Motion To Dismiss Complaint Under Rule 12(B)(6) and Request for Judicial Notice In Support of Defendant Alpine Securities Corporations Motion to Dismiss Under Rule 12(B)(6) with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following:

Brett G. Evans brett@eklawpc.com

William J. Caldarelli wjc@chpllaw.com, stb@chpllaw.com

Paul Murphy pmurphy@murphyrosen.com

and I hereby certify that I have mailed the document by United States Mail, first-class postage prepaid, to the following non-CM/ECF participants:

Alan S. Baskin

BASKIN RICHARDS PLC

2901 N. Central Avenue, Suite 1150

Phoenix, AZ 85012

By: */s/ Paul D. Murphy*