1  PAUL D. MURPHY (SBN 159556)
   MURPHY ROSEN LLP
2  100 Wilshire Boulevard, Suite 1300
   Santa Monica, California  90401-1142
3  Telephone:  (310) 899-3300
   Facsimile:  (310) 399-7201
4  Email:  pmurphy@murphyrosen.com

5  ALAN S. BASKIN (SBN 013155) (*Pro Hac Vice Being Submitted*)
   BASKIN RICHARDS PLC
6  2901 N. Central Avenue, Suite 1150
   Phoenix, AZ 85012
7  Telephone: (602) 812-7979
   Facsimile: (602) 595-7800
8  Email:  alan@baskinrichards.com

9  Attorneys for Defendant Alpine Securities Corp.

10
## UNITED STATES DISTRICT COURT
11
## SOUTHERN DISTRICT OF CALIFORNIA
12

13  PROBILITY MEDIA CORPORATION, a ) CASE NO.  17-CV-02583-CAB-
    Nevada corporation,                ) WVG
14                                      )
                                        )
15               Plaintiff,             ) **REQUEST FOR JUDICIAL
                                        ) NOTICE IN SUPPORT OF
16       v.                             ) DEFENDANT ALPINE
                                        ) SECURITIES
17                                      ) CORPORATION'S MOTION
                                        ) TO DISMISS UNDER RULE
18  LAWRENCE D. ISEN, an individual,    ) 12(B)(6)**
    MESA STRATEGIES, INC., a Nevada     )
19  corporation, ALLAN J. LIGI, an      ) [Notice of Motion and Motion Filed
    individual, ALPINE SECURITIES       ) Concurrently Herewith]
20  CORPORATION, a Utah corporation,    )
    FSC, LLC, a California limited liability )
21  company, and DOES 1-10, inclusive.  )
                                        )
22                                      )
                                        )
23               Defendants.            )
                                        )
24

25

26

27

28

MURPHY ROSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

-1-

*PRINTED ON RECYCLED PAPER*

MURPHY ROSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 17, 2018 in Courtroom 4C of the above-entitled Court, Defendant Alpine Securities Corporation ("Alpine") will and hereby does request, under Federal Rule of Evidence 201, that this Court take judicial notice the following documents:  (1) a complaint in the Third Judicial District Court In and For Salt Lake County, State of Utah, in the matter of *ProBility Media Corp. v. Mesa Strategies, Inc., et al.* (RJN, Ex. 1); (2) a court order dated October 5, 2017, granting a Temporary Restraining Order in the Third Judicial District Court In and For Salt Lake County, State of Utah, in the matter of *ProBility Media Corp. v. Mesa Strategies, Inc., et al.* (RJN, Ex. 2); (3) a court order dated October 31, 2017, dissolving a Temporary Restraining Order in the Third Judicial District Court In and For Salt Lake County, State of Utah, in the matter of *ProBility Media Corp. v. Mesa Strategies, Inc., et al.* (RJN, Ex. 3); (4) a complaint, with exhibits, dated October 25, 2017, in the Superior Court of California, County of San Diego, Case No. 37-2017-00040541-CU-FR-CTL, *ProBility Media Corp. v. Lawrence Isen, et al.* (RJN, Ex. 4); and (5) the Superior Court of California, County of San Diego's docket for *ProBility Media Corp. v. Lawrence Isen, et al.*, Case No. 37-2017-00040451-CU-FR-CTL, dated March 12, 2018 (RJN, Ex. 5).  These documents may be judicially noticed under Federal Rule of Evidence 201(b)(2) as they are court documents whose accuracy cannot reasonably be questioned.

Judicial notice of public records such as pleadings and orders in other actions is proper in connection with a motion to dismiss.  *See, e.g., Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (reasoning that "tak[ing] judicial notice of court filings and other matters of public record" is proper because such documents are "readily verifiable and, therefore, the proper subject of judicial notice."); *Kourtis v. Cameron*, 419 F.3d 989, 994 n.2 (9th Cir. 2005) (holding that "court records from related proceedings can be taken into

*PRINTED ON RECYCLED PAPER*

MURPHY ROSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

1    account without converting a motion to dismiss into a summary judgment

2    motion"), overruled on other grounds, *Taylor v. Sturgell*, 553 U.S. 880 (2008).

3    Thus, the Court may take judicial notice of the various orders and pleadings from

4    the Utah and California state courts.

5         The Court also can take judicial notice of another court's docket.  *Struggs v.*

6    *Hedgpeth,* 2012 WL 4497790, at *1 (N.D. Cal. Sept. 28, 2012) (taking judicial

7    notice of docket entries in the plaintiff's prior case); *Adams v. Stables*, 2017 WL

8    1957638, at *5 (S.D. Cal. May 11, 2017) (taking judicial notice of docket

9    proceedings before the California Court of Appeals…where Plaintiff filed another

10   state habeas petition challenging the same conviction at issue"); *Kottle*, 146 F.3d at

11   1064, n.7 (when considering a motion to dismiss, district court properly took

12   judicial notice of public records demonstrating outcome in underlying litigation);

13   *Thomas v. Hous. Auth. of the County of Los Angeles*, 2006 U.S. Dist. LEXIS 9751,

14   at *18 & *29, n.48 (C.D. Cal. 2006) (on a motion to dismiss, taking judicial notice

15   of the outcome in the underlying litigation).

16        Alpine therefore requests that the Court take judicial notice of the following

17   documents:

18        1.    Exhibit 1:   A complaint in the Third Judicial District Court In and

19   For Salt Lake County, State of Utah, in the matter of *ProBility Media Corp. v.*

20   *Mesa Strategies, Inc., et al.*

21        2.    Exhibit 2:   A court order dated October 5, 2017, granting a

22   Temporary Restraining Order in the Third Judicial District Court In and For Salt

23   Lake County, State of Utah, in the matter of *ProBility Media Corp. v. Mesa*

24   *Strategies, Inc., et al.*

25        3.    Exhibit 3:   A court order dated October 31, 2017, dissolving a

26   Temporary Restraining Order in the Third Judicial District Court In and For Salt

27   Lake County, State of Utah, in the matter of *ProBility Media Corp. v. Mesa*

28   *Strategies, Inc., et al.*

1     4.    Exhibit 4:   A complaint, with exhibits, dated October 25, 2017, in

2 the Superior Court of California, County of San Diego, Case No. 37-2017-

3 00040541-CU-FR-CTL, *ProBility Media Corp. v. Lawrence Isen, et al.*

4     5.    Exhibit 5:   The Superior Court of California, County of San Diego's

5 docket for *ProBility Media Corp. v. Lawrence Isen, et al.*, Case No. 37-2017-

6 00040451-CU-FR-CTL, dated March 12, 2018.

7

8     Accordingly, Alpine respectfully request that the Court take judicial notice of

9 the records attached hereto.

10

11

   DATED:  March 13, 2018    MURPHY ROSEN LLP

12

13     By:   */s/ Paul D. Murphy*
    Paul D. Murphy
    Email: pmurphy@murphyrosen.com

14     100 Wilshire Boulevard, Suite 1300
    Santa Monica, CA  90401

15

16     BASKIN RICHARDS PLC
    Alan S. Baskin (*Pro Hac Vice Being Submitted*)
    2901 N. Central Avenue, Suite 1150

17     Phoenix, AZ  85012
    *Attorneys for Defendant Alpine Securities Corp.*

18

19

20

21

22

23

24

25

26

27

28

*REQUEST FOR JUDICIAL NOTICE*    *PRINTED ON RECYCLED PAPER*

MURPHY ROSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201