# EXHIBIT 5

SUPERIOR COURT OF CALIFORNIA
# County of SAN DIEGO

Register of Actions Notice

| | |
|---|---|
| Case Number: | 37-2017-00040541-CU-FR-CTL |
| Case Title: | Probility Media Corporation vs Isen [IMAGED] |
| Case Status: | Dismissed |
| Case Category: | Civil - Unlimited |
| Case Type: | Fraud |

| | |
|---|---|
| Filing Date: | 10/25/2017 |
| Case Age: | 62 days |
| Location: | Central |
| Judicial Officer: | Randa Trapp |
| Department: | C-70 |

## Future Events

| Date | Time | Department | Event |
|---|---|---|---|
| No future events | | | |

## Participants

| Name | Role | Representation |
|---|---|---|
| Alpine Securities Corporation | Defendant | |
| FSC LLC | Defendant | |
| Isen, Lawrence D | Defendant | |
| Mesa Strategies Inc | Defendant | Caldarelli, William J |
| ProBility Media Corporation | Plaintiff | Evans, Brett G. |

## Representation

| Name | Address | Phone Number |
|---|---|---|
| CALDARELLI, WILLIAM J | CALDARELLI HEJMANOWSKI PAGE & LEER LLP 12340 El Camino Real 430 San Diego CA 92130 | (858) 720-8080 |
| EVANS, BRETT G | HULL EVANS & KOB LLP 180 E MAIN Street 104 TUSTIN CA 92780 | (657) 210-2114 |

| ROA# | Entry Date | Short/Long Entry | Filed By |
|---|---|---|---|
| 1 | 10/25/2017 | Complaint filed by ProBility Media Corporation. Refers to: Isen, Lawrence; Mesa Strategies Inc; Alpine Securities Corporation; FSC LLC | ProBility Media Corporation (Plaintiff) |
| 2 | 10/25/2017 | Civil Case Cover Sheet filed by ProBility Media Corporation. | ProBility Media Corporation (Plaintiff) |
| 3 | 10/25/2017 | Case assigned to Judicial Officer Trapp, Randa. | |
| 4 | 10/26/2017 | Civil Case Management Conference scheduled for 05/25/2018 at 10:20:00 AM at Central in C-70 Randa Trapp. | |
| 5 | 10/26/2017 | Case initiation form printed. | |
| 6 | 11/02/2017 | Notice of Related Case filed by Mesa Strategies Inc. | Mesa Strategies Inc (Defendant) |
| 7 | 11/01/2017 | Original Summons filed by ProBility Media Corporation. Refers to: Isen, Lawrence; Mesa Strategies Inc; Alpine Securities Corporation; FSC LLC | ProBility Media Corporation (Plaintiff) |
| 8 | 11/06/2017 | Summons issued. | |
| 9 | 12/01/2017 | Motion Hearing (Civil) scheduled for 03/02/2018 at 11:00:00 AM at Central in C-70 Randa Trapp. | |
| 10 | 11/27/2017 | Answer filed by Mesa Strategies Inc. | Mesa Strategies Inc (Defendant) |
| 11 | 11/27/2017 | Proof of Service filed by Mesa Strategies Inc. | Mesa Strategies Inc (Defendant) |
| 12 | 12/14/2017 | Request for Dismissal without Prejudice - Entire Action (NOT ENTERED) filed by ProBility Media Corporation. | ProBility Media Corporation (Plaintiff) |
| 13 | 12/20/2017 | Request for Dismissal without Prejudice - Entire Action filed by ProBility Media Corporation. | ProBility Media Corporation (Plaintiff) |
| 14 | 12/20/2017 | Complaint dismissed without prejudice as to Isen, Lawrence D . | |
| 15 | 12/20/2017 | Complaint dismissed without prejudice as to Mesa Strategies Inc. | |

| | | |
|---|---|---|
| 16 | 12/20/2017 | Complaint dismissed without prejudice as to Alpine Securities Corporation. |
| 17 | 12/20/2017 | Complaint dismissed without prejudice as to FSC LLC. |
| 18 | 12/20/2017 | Complaint dismissed without prejudice as to ProBility Media Corporation. |
| 19 | 12/26/2017 | Civil Case Management Conference scheduled for 05/25/2018 at 10:20:00 AM at Central in C-70 Randa Trapp was vacated. |
| 20 | 12/26/2017 | Motion Hearing (Civil) scheduled for 03/02/2018 at 11:00:00 AM at Central in C-70 Randa Trapp was vacated. |