

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Probility Media Corporation, a Nevada Corporation<br><br>          **Plaintiff,**<br><br>       **v.**<br><br>Lawrence D. Isen, an individual; Mesa Strategies, INC., a Nevada Corporation; Allan J. Ligi, an individual; Alpine Securities Corporation, a Utah Corporation; FSC, LLC, a California limited liability company ; DOES 1-10, inclusive      **Defendant.** | **Civil Action No.** <u>17-cv-02583-CAB-WVG</u><br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


IT IS HEREBY ORDERED AND ADJUDGED:

The last remaining claim in the complaint, claim two for violation of Section 16(b), is DISMISSED.

It is SO ORDERED


**Date:**    <u>  4/10/18  </u>      **CLERK OF COURT**
                       **JOHN MORRILL, Clerk of Court**
                       By:  s/  J. Gutierrez
                                J. Gutierrez, Deputy