UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROBILITY MEDIA CORPORATION,<br><br>                              Plaintiff,<br><br>v.<br><br>LAWRENCE D. ISEN et al.,<br><br>                              Defendant. | Case No.: 3:17-CV-2583-CAB-WVG<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY'S FEES**<br><br>[Doc. No. 38] |

Plaintiff filed a complaint alleging two federal securities law claims and nine California state law claims. The Court declined supplemental jurisdiction over the state law claims and granted Defendants Mesa Strategies, Inc. ("Mesa") and Alan Ligi's motion to dismiss the securities law claims for failure to state a claim. Mesa now moves for its attorney's fees pursuant to a prevailing party fee provision in the settlement agreement and promissory note that Plaintiff alleged that Mesa breached in this lawsuit. Plaintiff has not opposed the motion.

Civil Local Rule 7.1.e.2. requires a party opposing a motion to file an opposition or statement of non-opposition within fourteen calendar days of the noticed hearing. Failure to comply with these rules "may constitute a consent to the granting of a motion." Civ.LR 7.1.f.3.c. District courts have broad discretion to enact and apply local rules, even including dismissal of a case for failure to comply with the local rules. *Ghazali v. Moran*, 46 F.3d

52, 53 (9th Cir.1995) (affirming grant of an unopposed motion to dismiss under local rule by deeming a pro se litigant's failure to oppose as consent to granting the motion).

Here, Mesa attached a proof of service to its motion, signaling that Plaintiff was with the instant motion. [Doc. No. 38-5.] The motion set a hearing date of May 21, 2018, making Plaintiff's opposition due on May 7, 2018. [Doc. No. 38.] As of the date of this order, no opposition has been filed. Considering that Plaintiff is represented by counsel, that Plaintiff did not contact the Court after Mesa filed a reply alerting the Court to Plaintiff's lack of opposition, and that Plaintiff has otherwise been active in litigating this case, the Court deems Plaintiff's failure to file an opposition brief here to be intentional and assumes that Plaintiff consents to the granting of the motion. Accordingly, it is hereby **ORDERED** Mesa's motion is **GRANTED**. Plaintiff is **ORDERED** to pay Mesa $17,132.50 for its reasonable attorney's fees incurred in this lawsuit. The Clerk of Court shall amend the judgment to reflect this fee award.

It is **SO ORDERED**.

Dated: May 14, 2018

_____
Hon. Cathy Ann Bencivengo
United States District Judge