

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Probility Media Corporation, a Nevada Corporation<br><br>**Plaintiff,**<br><br>V.<br><br>Lawrence D. Isen, an individual; Mesa Strategies, INC., a Nevada Corporation; Allan J. Ligi, an individual; Alpine Securities Corporation, a Utah Corporation; FSC, LLC, a California limited liability company ; DOES 1-10, inclusive<br><br>**Defendant.** | Civil Action No. 17-cv-02583-CAB-WVG<br><br>**AMENDED<br>JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The last remaining claim in the complaint, claim two for violation of Section 16(b), is Dismissed. Plaintiff is Ordered to pay Mesa $17,132.50 for its reasonable attorney's fees incurred in this lawsuit. It is So Ordered.

Date: 5/14/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy